**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RICHARD A. PAULOO, JR.,** ) | **NO. CV 05-1134-MAN** |
| ) | |
| **Plaintiff,** ) | |
| ) | **JUDGMENT** |
| **v.** ) | |
| ) | |
| **SOCIAL SECURITY ADMINISTRATION,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the cause is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order, including: a grant of Plaintiff's Request for Waiver of Overpayment Recovery; and a reimbursement to Plaintiff of any monies withheld from his retirement benefits pursuant to the Commissioner's finding that Plaintiff had been overpaid benefits between January 1997, and August 1997.


DATED: March 28, 2008

_____
/s/
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE